ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiffs, <br><br> vs. <br><br> ANTELOPE HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.  2:16-cv-00449-JCM-PAL |

**STIPULATION AND ORDER TO EXTEND BRIEFING
SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, BANK OF AMERICA, N.A., and Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC and ANTELOPE HOMEOWNERS' ASSOCIATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On October 19, 2016, Plaintiff filed a Motion for Summary Judgment herein [Doc. #30].

2. Defendants' counsel have been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment

which have detracted from the time available prepare a response.

3. Defendants shall have an extension of time until November 28, 2016, in which to respond to the Plaintiff's Motion for Summary Judgment. Plaintiff shall have until December 19, 2016, in which to file Replies.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this    3rd    day of November, 2016.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

AKERMAN LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Las Vegas Development Group, LLC*

/s/ *Allison R. Schmidt*
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
allison.schmidt@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

LIPSON NEILSON COLE SELTZER GARIN

/s/ *David A. Markman*
DAVID A MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
7023821500
7023821512 (fax)
dmarkman@lipsonneilson.com
*Attorney for Defendant*
*Antelope Homeowners' Association*

**IT IS SO ORDERED.**

By: _____
     Judge, U.S. District Court

Dated: November 4, 2016

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___3rd___ day of November, 2016, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

| | |
|---|---|
| Ariel E. Stern<br>Akerman LLP<br>1160 Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br>702-634-5000<br>702-380-8572 (fax)<br>ariel.stern@akerman.com<br>*Attorney for Plaintiff*<br>*Bank of America, N.A.* | J. William Ebert<br>Lipson, Neilson, Cole, Seltzer & Garin, P.C.<br>9080 W. Post Rd., Ste. 100<br>Las Vegas, NV 89148<br>702-382-1500<br>702-382-1512 (fax)<br>bebert@lipsonneilson.com<br>*Attorney for Defendant*<br>*Antelope Homeowners' Association* |
| William Shane Habdas<br>Akerman LLP<br>1160 N. Town Center Dr., Ste. 330<br>Las Vegas, NV 89144<br>702-634-5000<br>702-380-8572 (fax)<br>william.habdas@akerman.com<br>*Attorney for Plaintiff*<br>*Bank of America, N.A.* | Joseph P Garin<br>Lipson Neilson Cole Seltzer & Garin, P.C.<br>9900 Covington Cross Drive<br>Suite 120<br>Las Vegas, NV 89144<br>702-382-1500<br>702-382-1512 (fax)<br>NVECF@lipsonneilson.com<br>*Attorney for Defendant*<br>*Antelope Homeowners' Association* |
| Allison R. Schmidt<br>Akerman LLP<br>1160 Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br>702-634-5000<br>702-380-8572 (fax)<br>allison.schmidt@akerman.com<br>*Attorney for Plaintiff*<br>*Bank of America, N.A.* | David A Markman<br>Lipson Neilson Cole Seltzer Garin<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144<br>7023821500<br>7023821512 (fax)<br>dmarkman@lipsonneilson.com<br>*Attorney for Defendant*<br>*Antelope Homeowners' Association* |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

7828 Garden Rock