ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00449-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), and Defendants Antelope Homeowners Association (**Antelope**), and Las Vegas Development Group, LLC (**LVDG**) (Collectively **Defendants**), hereby stipulate and agree as follows:

1. On October 19, 2016, Antelope and BANA filed cross motions for summary judgment. ECF Nos. 30 and 31.

2. On November 4, 2016, this Court granted the parties' stipulation for extension of time, granting Defendants until November 28, 2016 to respond to BANA's motion for summary judgment and BANA until December 19, 2016 to reply.  ECF No. 35.

{40264794;1}   1

3. On November 23, 2016 BANA filed its response in opposition to Antelope's motion for summary judgment. ECF No. 39.

4. On November 28, 2016, both Antelope and LVDG filed their response in opposition to BANA's motion for summary judgment. ECF Nos. 40 and 41.

5. Counsel for BANA needs additional time to reply to the arguments raised in Defendants' responses, in light the developing case law and recent decisions issued by the Ninth Circuit Court of Appeals and Nevada Supreme Court, which affect this case and others like it. The additional time will allow BANA to properly address the issues raised.

6. Presently (although the docket entry reflects that BANA's replies in support of its motion for summary judgment are due on December 15, 2016) BANA replies are due December 19, 2016 pursuant to this Court's November 4th order. Pursuant to the agreement of the parties, BANA shall have an extension of time of 24 days, until January 12, 2017 in which to file its replies.

7. This stipulation is made in good faith and not for purpose of delay.

Dated this December 19, 2016.

| | |
|---|---|
| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| /s/ *Allison R. Schmidt, Esq.*_____ | */s/ Timothy E. Rhoda, Esq.*_____ |
| Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144 | Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>Email: croteaulaw@croteaulaw.com |
| *Attorneys for Plaintiff* | *Attorney Las Vegas Development Group, LLC* |

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

*/s/ David A. Markman, Esq.* _____
David A. Markman, Esq.
Nevada Bar No. 12440
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Email: dmarkman@lipsonneilson.com

*Attorney for Antelope Homeowners Association*

{40264794;1}   2

1
2  **ORDER**
3
4  **IT IS SO ORDERED:**
5
6  _____
7  **UNITED STATES DISTRICT JUDGE**
          December 21, 2016
   **Dated:** _____
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the December 19, 2016 service of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| **Roger P. Croteau & Associates, Ltd.** | **Lipson, Neilson, Cole, Seltzer & Garin, P.C.** |
| ROGER P. CROTEAU, ESQ.<br>TIMOTHY E. RHODA, ESQ.<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>Email: croteaulaw@croteaulaw.com<br><br>*Attorney Las Vegas Development Group, LLC* | DAVID A MARKMAN, ESQ.<br>J. WILLIAM EBERT, ESQ.<br>JOSEPH P GARIN, ESQ.<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>Email: dmarkman@lipsonneilson.com<br>Email: bebert@lipsonneilson.com<br>Email: NVECF@lipsonneilson.com<br><br>*Attorney for Antelope Homeowners Association* |

*/s/ Yolanda Pinkney-Jordan*
An employee of AKERMAN

{40264794;1}

4