ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00449-JCM-PAL<br><br>**THIRD STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

Plaintiff, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), and Defendants Antelope Homeowners Association (**Antelope**), and Las Vegas Development Group, LLC (**LVDG**) (Collectively **Defendants**), hereby stipulate and agree to an extension of time for BANA to file its replies in support of its October 19, 2016 motion for summary judgment (ECF 30). The parties stipulation and agree as follows:

1.     On December 13, 2016, Defendant Alessi & Koenig, LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of Nevada, Case No. 16-16593.

{40374486;2}                                                                      1

2. On December 21, 2016, this Court granted the parties' stipulation for extension of time, granting BANA until January 12, 2017 to file replies to its Motion for Summary Judgment.

3. Pursuant to the agreement of the parties, BANA shall have an extension of time of 90 days, until April 12, 2017, in which to file its Reply in Support of Motion for Summary Judgment in order to seek approval from the Bankruptcy Court to proceed and/or otherwise determine the effect on this action.

4. This stipulation is made in good faith and not for purpose of delay.

Dated this January 12, 2017.

**AKERMAN LLP**

/s/ *Vatana Lay, Esq.*_____
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Vatana Lay, Esq.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiff*

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

*/s/ David A. Markman, Esq.* _____
David A. Markman, Esq.
Nevada Bar No. 12440
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Email: dmarkman@lipsonneilson.com

*Attorney for Antelope Homeowners Association*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

*/s/ Timothy E. Rhoda, Esq.*_____
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
Email: croteaulaw@croteaulaw.com

*Attorney Las Vegas Development Group, LLC*

{40374486;2}                                2

<u>ORDER</u>

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** ___January 13, 2017._____

{40374486;2}                                    3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the January 12, 2017 service of the foregoing **THIRD STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
Email: croteaulaw@croteaulaw.com

David A. Markman, Esq.
Nevada Bar No. 12440
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Email: dmarkman@lipsonneilson.com

*/s/ Tracey Wayne*
An employee of AKERMAN

{40374486;2}   4