ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00449-JCM-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. Successor by merger to Bac Home Loans Servicing, Lp FKA Countrywide Home Loans Servicing, LP hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

///

///

///

///

///

///

{40399506;1}                            1

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ. and VATANA LAY, ESQ. receive all future notices.

Respectfully submitted, this 20th day of January, 2017.

**AKERMAN LLP**

*/s/ Vatana Lay, Esq.*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Vatana Lay, Esq.
Nevada Bar No. 12993
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144

## COURT APPROVAL

IT IS SO ORDERED.

Date: January 24, 2017

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the January 20, 2017 service of the foregoing **NOTICE OF DISASSOCIATION** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
Email: croteaulaw@croteaulaw.com

David A. Markman, Esq.
Nevada Bar No. 12440
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Email: dmarkman@lipsonneilson.com

*/s/ Renee Livingston*
An employee of AKERMAN

{40399506;1}                    3